IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TEKELIA PRESTON, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-42 |
| v. | |
| HELTON HALL, | |
| Defendant. | |

**ORDER**

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated December 16, 2020. Doc. 13. The Magistrate Judge recommended the Court dismiss Plaintiff's false imprisonment claim because Plaintiff's claim is barred by the applicable statute of limitations. Doc. 12 at 2. As the Magistrate Judge explained, Plaintiff's claims arise from alleged unlawful imprisonment from April 2015 to July 2015, but Plaintiff did not file his Complaint until April 2020. Id. at 3–4. Further, the Magistrate Judge determined there was no basis for tolling Plaintiff's claim. Id. at 4. Thus, the Magistrate Judge determined Plaintiff filed after the two-year statute of limitations expired. Id.

In his Objections to the Report and Recommendation, Plaintiff argues there is no statute of limitations on his constitutional rights. Doc. 13 at 2. This argument is without merit. Additionally, Plaintiff appears to concede the statute of limitations on his claim started to run the same day the Magistrate Judge determined, on July 4, 2015. Id. at 3.

After an independent and de novo review of the entire record, the Court **OVERRULES** Plaintiff's Objections. Doc. 13. The Court **CONCURS** with the Magistrate Judge's Report and

Recommendation and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this ____ day of January, 2021.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```